UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THREE AFRICAN AMERICAN MALES,

Plaintiffs,

v.

WAL-MART STORES, INC.,

Defendant.

ORDER TO SHOW CAUSE

Civil No. 01-1814(ADM/AJB)

---

The above matter came before the Court upon Plaintiff's Motion for Judgment By Default pursuant to Federal Rule 55(b)(2). Defendant appears to have been served with the Summons and Complaint on October 5, 2001, and has failed to respond.

IT IS HEREBY ORDERED:

1. Defendant Wal-Mart Stores, Inc. is ordered to appear before the Honorable Ann D. Montgomery, Courtroom 13W, United States District Court, 300 South Fourth Street, Minneapolis, Minnesota on May 27, 2003, at 1:30 p.m. to show cause, if any, why default judgment and relief including an award for damages, fees, and applicable costs should not be granted.

2. Any responsive papers shall be served and filed on or before May 23, 2003. Delivery of a copy of this Order and of Plaintiff's Motion for Judgment by Default and Memorandum in Support with attached exhibits upon Defendants or its duly registered representative in the State

MAY 05 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

of Minnesota shall constitute proper service.

Dated: May 5, 2003

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT