**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Three African American Males,

Plaintiffs,

v.

**ORDER**
Civil No. 01-1814 ADM/AJB

Wal-Mart Stores, Inc.,

Defendant.

---

Aldo J. Terrazas, Esq., St. Paul, MN, on behalf of Plaintiffs.

Andrew T. Shern, Esq., Murnane, Conlin, White & Brandt, P.A., St. Paul, MN, on behalf of Defendant.

---

On May 27, 2003, Defendant Wal-Mart Stores, Inc. ("Defendant"), appeared before the undersigned United States District Judge in response to this Court's May 5, 2003 Order to Show Cause [Docket No. 9] why the Motion for Default Judgment [Docket No. 6] of Plaintiffs Three African American Males ("Plaintiffs") should not be granted. The Court concludes that Plaintiffs served process on Defendant's agent for service of process in Minnesota, the Corporation Service Company ("CSC"). However, the pleadings were apparently lost internally within CSC before they could be properly recorded or transferred to Defendant.

For the reasons stated on the record, and based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Default Judgment [Docket No. 6] is **DENIED**, and

MAY 2 7 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Defendant Wal-Mart Stores, Inc., shall file an Answer within ten (10) days of the issuance of this Order, and pay to Plaintiffs' counsel the sum of $1500.00 for delay and costs occasioned by the administrative mistake.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: May 27, 2003