UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THREE AFRICAN AMERICAN MALES, Civil No. 01-1814 ADM/AJB

Plaintiffs,

v. ORDER

WAL-MART STORES, INC.,

Defendant.

---

WHEREAS, the Court has received Plaintiffs' request to extend the date for disclosure of experts to May 1, 2004, and

WHEREAS, Plaintiffs have requested that the Court mediate the case prior to May 1, 2004, and

WHEREAS, the Defendant does not object to either request,

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' request to extend the disclosure of experts date to May 1, 2004, is **granted**.

2. Plaintiff's request for mediation is **granted**. A settlement conference will be held on Monday, March 1, 2004 at 9:00 a.m.

3. Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to

Filed FEB 04 2004
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

4. Each attorney shall submit to the undersigned at least one week before the date of the settlement conference, a confidential letter setting forth the parties' respective settlement positions.

Dated: 2/4/04

ARTHUR J. BOYLAN
United States Magistrate Judge