UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Three African American Males,

Plaintiffs,

v.

Wal-Mart Stores, Inc.,

Defendant.

Civil File No.: 01-1814 (ADM/AJB)

**NOTICE OF MOTION AND MOTION**

---

TO: Plaintiffs and their attorney, Aldo J. Terrazas, 701 4th Avenue South, Suite #500, Minneapolis, Minnesota 55407.

**PLEASE TAKE NOTICE** that the undersigned will bring the following motion on for hearing on August 5, 2004 at 9:00 a.m. or as soon thereafter as counsel may be heard before the Honorable Arthur Boylan at the Federal Courthouse located at 316 North Robert Steet, Saint Paul, Minnesota 55407.

## MOTION

Pursuant to Rules 10(a) and 17(a) of the Federal Rules of Civil Procedure, Defendant Wal-Mart Stores, Inc., by and through their counsel, moves the Court for an Order amending the caption in this matter to identify the plaintiffs by name.

This motion is based upon all the files, records and proceedings herein and upon

the affidavits, transcripts and memorandum of law to be submitted.

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION

Date: July 16, 2004

s/Chris Angell
Andrew T. Shern, #100316
Chris Angell #319624
Attorneys for Wal-Mart Stores, Inc.
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411

612787