UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Three African American Males,

Plaintiffs,

v.

Wal-Mart Stores, Inc.,

Defendant.

Civil File No.: 01-1814 (ADM/AJB)

**AFFIDAVIT OF CHRIS ANGELL**

STATE OF MINNESOTA )
) ss
COUNTY OF RAMSEY )

Chris Angell, being first duly sworn upon oath, deposes and states:

I.

I am an attorney with Murnane, Conlin, White & Brandt, the law firm retained to represent Defendant Wal-Mart Stores, Inc. (hereinafter “Wal-Mart”) in the above-captioned matter.

II.

Attached hereto as Exhibit A is a true and correct copy of the Joint Rule 26(f) Report filed in the above-captioned matter.

III.

Attached hereto as Exhibit B is a true and correct copy of the Complaint that initiated the above-captioned matter.

IV.

Attached hereto as Exhibit C is a true and correct copy of an article from the *Minneapolis Star Tribune* dated October 4, 2001.

V.

Attached hereto as Exhibit D is a true and correct copy of the transcript of a KSTP-TV news cast that aired on October 5, 2001.

VI.

On or about July 13, 2004, counsel for Wal-Mart spoke with the plaintiffs' attorney over the telephone and requested that the plaintiffs voluntarily amend the case caption to specifically identify the plaintiffs by name. Without providing a reason, the plaintiffs' lawyer refused this request and informed defense counsel that Wal-Mart would have to bring a motion to amend the case caption

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: July 16, 2004

s/Chris Angell
Chris Angell

Subscribed and sworn to before me this
16th day of July, 2004.

s/Dawn R. Shippe
Notary Public
(Notary Public Minnesota
My commission expires 1/31/2005)

612799