**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Three African American Males v. Wal-Mart Stores, Inc.**
**Civil File No. 01-1814 (ADM/AJB)**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2004, I have caused to be electronically filed the following documents:

1. Notice of Motion and Motion;
2. Defendant Wal-Mart Stores, Inc.'s Memorandum of Law in Support of its Motion for an Order Amending the Case Caption;
3. Affidavit of Chris Angell; and
4. Order Amending Case Caption (proposed)

with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- aldoterrazas@msn.com

MURNANE, CONLIN, WHITE & BRANDT
PROFESSIONAL ASSOCIATION

Date: July 19, 2004

s/Chris Angell
Andrew T. Shern, #100316
Chris Angell #319624
Attorneys for Wal-Mart Stores, Inc.
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(651) 227-9411
FAX: (651) 223-5199

612905.1