**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**Three African American Males v. Wal-Mart Stores, Inc.**
**Civil File No. 01-1814 (ADM/AJB)**

STATE OF MINNESOTA )
) ss
COUNTY OF RAMSEY )

AFFIDAVIT OF SERVICE

Deborah L. Barton, being first duly sworn, deposes and states that on the 19th day of July, 2004, she served a copy of the Order Amending Case Caption (***Proposed***) upon aldoterrazas@msn.com via electronic mail, and by depositing a true and correct copy thereof in the United States mail with postage prepaid thereon addressed to:

ALDO J. TERRAZAS
701 4TH AVENUE SOUTH
SUITE 500
MINNEAPOLIS MN 55415

Deborah L. Barton
Deborah L. Barton

On this 19th day of July, 2004, before me, a Notary Public within and for said County, personally appeared Deborah L. Barton, to me known to be the person described in and who executed the foregoing Affidavit of Service and acknowledged that she executed the same as her free act and deed.

Victoria E. Bauer
Notary Public

VICTORIA E. BAUER
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2005

613000.1