**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Marshall Nelson, Lamar Phillips, and Ronald Garrison,

Plaintiffs,

v.

Wal-Mart Stores, Inc.,

Defendant.

Civil No. 01-1814 (ADM/AJB)

**ORDER ON MOTION TO AMEND CASE CAPTION**

This matter is before the Court on defendant's motion to amend the case caption by striking the plaintiffs' identification as "Three African American Males" and substituting the plaintiffs' true names, Marshall Nelson, Lamar Phillips, and Ronald Garrison, in the caption. [Docket No. 37]. Hearing was held on August 5, 2004, at the U.S. Courthouse, 316 No. Robert St., St. Paul, MN 55101. Aldo J. Terrazas, Esq., appeared on behalf of plaintiffs. Chris Angell, Esq., appeared on behalf of the defendant.

Based upon the file in this matter, along submissions and arguments of counsel, **IT IS HEREBY ORDERED THAT** defendant's motion to amend the case caption is **granted** [Docket No. 37]. The clerk of court is **hereby directed** to substitute the plaintiffs' true names, Marshall Nelson, Lamar Phillips, and Ronald Garrison, in the courts's docket as indicated in the caption of this Order and the parties are instructed to use the amended caption in all subsequent pleadings in this matter.

Dated: August 5, 2004

s/ Arthur J. Boylan

Arthur J. Boylan
United States Magistrate Judge