# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Marshall Nelson, et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-1814 ADM/AJB |
| | ) | Date: August 19, 2004 |
| Wal-Mart Stores, Inc., | ) | Court Reporter: |
| | ) | Time Commenced: 9:00 a.m. |
| Defendant. | ) | Time Concluded: Noon |
| | ) | Time in Court: 3 Hours |

Hearing on: **Settlement Conference**

APPEARANCES:

Plaintiff: Aldo Terrazas
Defendant: Andrew Shern

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☒ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to __________________ at _________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:

☐ Written order forthcoming.

s/Kathy Thobe
Judicial Assistant