**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marshall Nelson, Lamar Phillips and Ronald Garrison,

Plaintiffs,

vs.

Wal-Mart Stores, Inc.,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**Civil No. 01-1814 (ADM/AJB)**

---

The above-entitled action, having been fully compromised and settled,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that said action may be and hereby is dismissed with prejudice, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED**, that the Clerk of said court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated: 10/6, 2004.

Aldo J. Terrazas, #190524
Attorney for Plaintiff
701 4th Avenue S.
Suite 500
Minneapolis MN 55415
(612) 321-0550

Dated: 9/27, 2004

MURNANE, CONLIN, WHITE & BRANDT
A Professional Association

By: ______________________
Andrew T. Shern, #100316
Attorneys for Defendant
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(651) 227-9411

617897.1

SCANNED
OCT 08 2004
U.S. DISTRICT COURT ST. PAUL

**ALDO J. TERRAZAS, Esq.**
TRIAL LAWYER■ COUNSELOR■ ADVOCATE

October 7, 2004

RECEIVED
BY MAIL
OCT 0 8 2004
CLERK, US DIST. COURT
ST. PAUL, MN

Clerk of Court
W. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

RE: *Three African American Males v. Wal-Mart Stores, Inc.*
Court File No. Civil No.: 01-18114(ADM/AJB)

Dear Clerk of Court:

Enclosed for filing please find the original stipulation of dismissal with prejudice in the above captioned case.

Sincerely,

Aldo J. Terrazas

AJT/pg

enc.

c: Mr. Shern

701 4th Avenue South, Suite 500
Minneapolis, MN 55415
aldoterrazas@msn.com
Office: 612-321-0550
Cell: 612-201-3584
Assistant: 612-616-1807