UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARSHALL NELSON, LAMAR PHILLIPS
AND RONALD GARRISON,

Plaintiffs,

v.

WAL-MART STORES, INC.,

Defendant.

ORDER

Civil No. 01-1814(ADM/AJB)

---

Based upon the Stipulation of Dismissal with Prejudice filed October 8, 2004, in the above-titled matter IT IS HEREBY ORDERED that this case is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: October 29, 2004.