AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Marshall Nelson, Lamar Phillips and Ronald Garrison

V.

Wal-Mart Stores, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-1814 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. Pursuant to Stipulation.

IT IS ORDERED AND ADJUDGED THAT:
this is DISMISSED.

October 29, 2004
Date

RICHARD D. SLETTEN, CLERK

s/G. Schneider
(By) G. Schneider, Deputy Clerk